## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CAROLINE BROWN and
BARBARA WILLIAMS,

      Plaintiffs,

      v.

TOWN OF CAPITOL HEIGHTS and
SHAWN MALDON,
*in his individual capacity*,

      Defendants.

Civil Action No. 25-1336-TDC

## ORDER

For the reasons stated during the March 26, 2026 Case Management Conference, it is hereby ORDERED that:

1. Plaintiffs are granted leave to file the Motion for Leave to Amend the Complaint discussed in the Conference no later than **Tuesday, April 28, 2026**. Defendants' memorandum in opposition to the Motion is due **14 days** after the filing of the Motion. In their memorandum, Defendants shall assert any arguments relating to futility and, if the Motion is granted, such arguments shall not be asserted in a future Motion to Dismiss. Any reply brief is due **14 days** after the filing of the memorandum in opposition.

2. The Scheduling Order, ECF No. 52, is amended in that the maximum number of deposition hours per side shall be 40 and the maximum number of interrogatories per side shall be 35.

Date: March 26, 2026

THEODORE D. CHUANG
United States District Judge