

**Providing Legal Services...**
**Since 1887**

SEMMES, BOWEN & SEMMES
A PROFESSIONAL CORPORATION

410.539.5040
WWW.SEMMES.COM

**Matthew J. McCloskey**
*Principal*

Ste. 1900
250 W. Pratt Street
Baltimore, Maryland 21201

443.573.9405
410.539.5223 Fax

mmccloskey@semmes.com

May 15, 2026

**VIA CM/ECF**
The Honorable Theodore D. Chuang
U.S. District Court for the District of Maryland
6500 Cherrywood Lane, Suite 245
Greenbelt, MD 20770

> **Re:** ***Caroline Brown, et al. v. Town of Capitol Heights, et al.***
> **Civil Action No. 8:25-cv-1336-TDC**

### Defendants' Notice of Intention to File a
### Motion to Strike Plaintiffs' Second Amended Complaint

Dear Judge Chuang:

Pursuant to the Case Management Order issued by the Court on June 17, 2025, undersigned counsel for Defendants Town of Capitol Heights (the "Town") and Shawn Maldon (collectively, "Defendants") hereby submit this notice of intention to file a Motion to Strike the Plaintiffs' Second Amended Complaint.

Defendants request permission to submit this motion because Plaintiffs did not obtain leave to file their Second Amended Complaint. Under Federal Rule of Civil Procedure 15(a)(1), a party may amend their pleading once as of right in a limited time. All subsequent amendments require either leave of court or written consent from the other party. *Id.* Plaintiffs received neither of those before filing the amendment.

In addition, the Court's March 26, 20226 Case Management Order specifically granted Plaintiffs "leave to file <u>the Motion for Leave to Amend the Complaint</u>" and set a specific deadline for Defendants in their response. *See* ECF No. 57 (emphasis added). The parties discussed this issue with the Court at the Case Management Conference, and Defendants were explicit that they wished to oppose Plaintiff's anticipated motion for leave to amend. This Court's Order memorialized this understanding. Plaintiffs likewise have acknowledged this requirement in their request for an extension of those same deadlines, as Plaintiffs explicitly requested an extension for their time to file a motion for leave to amend. *See* ECF No. 58.

Defendants therefore submit that Plaintiffs' Second Amended Complaint should be stricken, given that Plaintiffs did not receive leave by the court or written consent by Defendants to file their Second Amended Complaint.

BALTIMORE, MD ● HAGERSTOWN, MD ● McLEAN, VA ● WASHINGTON, D.C. ● MARTINSBURG, WV



Page 2

The parties have not conferred regarding this Motion on whether Plaintiffs will consent to Defendants' motion. Because Defendants' proposed Motion seeks the Second Amended Complaint to be stricken, Defendants assume that Plaintiffs will oppose this Motion.

For the reasons set forth herein, Defendants respectfully request that this Court grant them leave to file a Motion to Strike Plaintiffs' Second Amended Complaint with respect to the basis discussed herein.

Respectfully Submitted,

*/s/ Matthew J. McCloskey_____*
Matthew J. McCloskey (Fed. Bar No. 20097)
Simone T. Fair (Fed. Bar No. 31125)
**Semmes, Bowen & Semmes**
250 W. Pratt Street, Suite 1900
Baltimore, MD 21201
Tel:  410.539.5040
Fax: 410.539.5223
mmcloskey@semmes.com
sfair@semmes.com
*Attorneys for Defendants*

cc:  Counsel of Record

BALTIMORE, MD ● HAGERSTOWN, MD ● McLEAN, VA ● WASHINGTON, D.C. ● MARTINSBURG, WV